IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR R. HOOKS,                          )
                                          )
         Plaintiff,                       )
                                          )
    v.                                    ) CIVIL ACTION NO. 1:19-CV-1020-WHA
                                          )
HOUSTON COUNTY, et al.,                   )
                                          )
         Defendants.                      )

## ORDER

On January 22, 2020, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 13th day of February, 2020.


         /s/  W. Harold Albritton
         SENIOR UNITED STATES DISTRICT JUDGE